JOSEPHINE M. GERRARD (CBN 303221)
GERRARD LAW OFFICES
1791 SOLANO AVENUE, SUITE F01
BERKELEY, CALIFORNIA 94707
TEL: (510) 838-0529
FAX: (510) 280-1635
JO@GERRARDLAWOFFICES.COM
Attorney for the Plaintiff, Yousif Chamsayidi

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUSIF CHAMSAYIDI,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security[1],<br><br>Defendant | Case No. 5:24-cv-02213-SVW-MBK<br><br>**ORDER GRANTING JOINT STIPULATION FOR ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. § 2412(d))** |

Based upon the Joint Stipulation for Attorney's fees pursuant to the Equal Access to Justice Act (28 U.S.C. § 2412(d)), **IT IS ORDERED** that fees and expenses in the amount of $8,000.00 as

---

[1] Frank Bisignano became the Commissioner of Social Security on May 6, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano should be substituted as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

ORDER GRANTING JOINT STIPULATION FOR ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. § 2412(D)) - 1

authorized by 28 U.S.C. § 2412 and costs in the amount of $405.00 pursuant to 28 U.S.C. § 1920 be awarded subject to the terms of the Stipulation.

Date: 06/12/2025

*[signature]*

Hon. Michael B. Kaufman
United States Magistrate Judge

ORDER GRANTING JOINT STIPULATION FOR ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. § 2412(D)) - 1